**Motion Granted; Order filed September 21, 2017.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00646-CV
NO. 14-17-00721-CV
_____

**BRENDA PEABODY, M.D., ST. LUKE'S LAKESIDE HOSPITAL, LLC, CHARLES SIMS, M.D., AND GREATER HOUSTON PHYSICIAN'S MEDICAL ASSOCIATION, PLLC, Appellants**

**V.**

**CHRISTY MANCHAC, INDIVIDUALLY, AS NEXT FRIEND OF MEREDITH MANCHAC AND MALLORY MANCHAC, MINORS, AND REPRESENTATIVES OF THE ESTATE OF THAD MANCHAC, DECEDENT, PAT MANCHAC AND PATRICIA WATSON, Appellees**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2017-01332**

## ORDER

On August 4, 2017, Brenda Peabody, M.D. and St. Luke's Lakeside Hospital, LLC filed a notice of appeal from an order signed July 17, 2017, and the appeal was assigned to this court under our appellate number 14-17-00646-CV. On September 8, 2017, Charles Sims, M.D. and Greater Houston Physician's Medical Association, PLLC filed a notice of appeal from an order in the same trial court cause number, which was assigned to this court under our appellate number 14-17-00721-CV. On, September 13, 2017, the parties filed an agreed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-17-00646-CV and 14-17-00721-CV **CONSOLIDATED.** The record in cause number 14-17-00721-CV is due on or before September 18, 2017. After the record is filed in cause number 14-17-00721-CV, the existing filing deadlines for briefs in case number 14-17-00721-CV will apply to both cases.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jewell.